IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr144-MHT |
| | ) | (WO) |
| CHUNARIS D. GRANT | ) | |

ORDER

Based on the representations made at the hearing held in open court on December 8, 2015, it is ORDERED that the conditions of supervised release imposed on defendant Chunaris D. Grant are modified to include the following:

(1) The defendant shall participate in a substance-abuse support group and provide verification of his attendance to the probation officer.

(2) The defendant shall spend every Saturday evening through Sunday evening with his minor children Q.S. and J.M.  He shall also spend every Sunday with his minor child J.G.  This condition is imposed contingent on the mothers of these minor children permitting them to stay with the defendant at the

specified times, and upon there being no other reasons for the minor children not to stay with the defendant on particular weekends (such as illness, travel, etc.). The defendant is to inform the probation officer if he will not see one (or more) of these minor children on any particular weekend, whether due to the child's mother's refusal or some other reason.  While the minor children are visiting with the defendant, he shall conduct himself in a fatherly manner and spend meaningful time with them.

It is further ORDERED that the condition requiring that the defendant participate in a family planning program approved by the probation office is reimposed, and that the probation officer shall ensure the defendant is promptly enrolled in, and verify his attendance at, such a program.

It is further ORDERED that the hearing commenced on December 8, 2015, regarding the petition for revocation of supervised release (doc. no. 90), is continued until June 2, 2016, at 10:00 a.m., in Courtroom 2FMJ of the

Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 9th day of December, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE