IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:12cr144-MHT
                            )              (WO)
CHUNARIS D. GRANT           )
```

## ORDER

It is ORDERED as follows:

(1) The revocation petitions (doc. nos. 90 & 106) are set for hearing on July 6, 2016, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The hearing set for June 2, 2016, is canceled.

(3) The motion to continue (doc. no. 111) is denied as moot.

DONE, this the 26th day of May, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**