IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                           )<br>  v.                       )<br>                           )<br> CHUNARIS D. GRANT         ) | CRIMINAL ACTION NO.<br>   2:12cr144-MHT<br>        (WO) |

ORDER

This case is before the court on defendant Chunaris D. Grant's motion for a new trial and for a copy of his trial transcripts. For the reasons discussed below, it is ORDERED that the motions (Doc. 141) are denied.

Grant was previously prosecuted in this federal court for being a felon in possession of a weapon, but pleaded guilty, did not have a trial, and was sentenced to 27 months in prison. This court later revoked his supervised release based on his plea of guilty to a violation based on substance abuse and his plea of no contest to violations based on his commission of new state offenses and firearm possession in 2016. The court sentenced him to 21 months in prison based on

these violations of the conditions of supervised release.

Grant now complains of an unfair trial leading to a sentence of 40 years in prison as a habitual offender. He says he is serving this sentence at the Alabama Department of Corrections' Kilby Correctional Facility. Based on these facts, it is apparent that Grant is complaining of the results of a state criminal case brought against him in Alabama state court.

Grant contends that the guidelines range for his crimes was 15 to 21 months. Assuming he is talking about his federal sentencing guidelines range, those guidelines do not apply in state court.

In any case, this court cannot, in this federal criminal case, order a new trial of his state case. (If Grant would like to challenge his state-court conviction and sentence in federal court, he must file a petition under 28 U.S.C. § 2254. However, the court does not mean to suggest that such a petition would be successful.)

Finally, this court does not have the authority, in this criminal case, to provide Grant with the transcripts from his state-court trial.

DONE, this the 15th day of April, 2025.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE